█ Evert De Niet et al., Appellants, v. Rae Wachtel et al., Defendants, and Morton Marks, Respondent.— █ Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

█ Rose Glazer, Respondent-Appellant, v. Abraham M. Glazer, Appellant-Respondent.— █ Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

█ George J. Gottlieb et al., Respondents, v. Seymour Kempner et al., Appellants.— █ Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

█ Rose Hart et al., Appellants, v. Incorporated Village of Rockville Centre, Respondent, and Live Oak Engine Co. No. 1, Appellant.— █ Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

█ Florence Herbstman, an Infant, by Her Guardian ad Litem, Sylvia Herbstman, et al., Appellants, v. Federated Department Stores, Inc. (Abraham & Straus Division), Respondent.— █ Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

█ Bee Hopkins, Appellant, v. Haber Cab Corp., Respondent.— █ Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

█ In the Matter of the Final Accounting of Irving Trust Company, as Trustee of the Trust for the Benefit of Norma P. Bartlett, under the Will of Edward O. Bartlett, Deceased, Respondent. Springfield Hospital, Appellant; Ann N. Smith et al., Respondents.— █ Said sentence of the decision is amended to read as follows: " The stock had been split four shares for one, and thereafter the testator executed a further codicil increasing the Hospital's bequest to 1,000 shares." Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

█ (A) In the Matter of Jacob S. Berger, Appellant, v. Robert E. Herman, as State Rent Administrator, Respondent. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur. (B) Clifford King et al., Respondents, v. American Home Sales Corp., Appellant, et al., Defendant.— █ Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.